UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br>MYRA E. MCCOWN<br>Debtor | ) BANKRUPTCY CASE NO. 15-30145<br>)<br>) |
| WEBSTER BANK, N.A.<br>Movant | ) CHAPTER 13 PROCEEDING<br>)<br>) |
| VS. | )<br>) |
| MYRA E. MCCOWN<br>Debtor<br>and<br>MOLLY T. WHITON<br>Respondents | )<br>)<br>)<br>)<br>) MARCH 16, 2015 |

## OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN

Webster Bank, N.A. (hereinafter "Creditor") is a secured creditor of the aforementioned Debtor and by its counsel hereby objects to the Debtor's Chapter 13 Plan as follows:

1. Webster Bank, N.A. is the holder of the first mortgage that encumbers the real property located at 149 Canton Street, Unit 14, West Haven, CT 06516 (hereinafter "Premises") and this property is the Debtor's principal residence.

2. The Plan fails to provide for payment of the entire mortgage arrearage due the Creditor on the first mortgage.

**WHEREFORE**, for the foregoing reason, Creditor prays that an Order be entered denying confirmation of Debtor's Chapter 13 Plan and for such other and further relief as is just.

                                                WEBSTER BANK, N.A.

By: _____
Jeffrey T. Beatty
Beatty & Beatty, LLC
25 Boston Street
Guilford, CT 06437
(203) 453-4399

## CERTIFICATION

I hereby further certify that the aforementioned Objection was served electronically or were served via U.S. Mail upon the following:

Myra E. McCown
(Debtor)
149 Canton Street, Unit 14
West Haven, CT 06516

Francis E. Lamboley, Esq.
(Debtor's Attorney)
1 Evergreen Avenue, Suite 20
Hamden, CT 06518

Molly T. Whiton
(Trustee)
10 Columbus Boulevard
Hartford, CT 06106

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated at Guilford, Connecticut, this 16th day of March, 2015.

_____
Jeffrey T. Beatty
Commissioner of the Superior Court