## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE: MYRA E. MCCOWN           :   11 U.S.C. CHAPTER13
      Debtor

CONNECTICUT HOUSING FINANCE AUTHORITY   :   CASE NO.: 15-30145 (amn)
       Movant

VS

MYRA E. MCCOWN             :   SEPTEMBER 19, 2016
        Respondent

MOLLY T. WHITON, TRUSTEE
        Respondent

### SECOND AMENDED MOTION FOR RELIEF FROM STAY

1.     Connecticut Housing Finance Authority, a creditor in the referenced bankruptcy proceedings, is the current holder of a mortgage on premises owned by the debtor, Myra E. McConn, known as 149 Canton Street, Unit 14, West Haven, Connecticut 06516 by virtue of a mortgage from Myra E. McConn to Bank United of Texas, FSB, in the original principal amount of $19,000.00, dated June 27, 1996 and recorded June 28, 1996 in Volume 1014 at Page 313 of the West Haven Land Records which mortgage was assigned to Connecticut Housing Finance Authority.   A copy of said mortgage deed,mortgage note, and assignment of mortgage is attached hereto and marked Exhibit A

2.     Said Mortgagee seeks relief from stay pursuant to Section 362(d)(1) of the Bankruptcy Code.   (11 U.S.C. Section 362(d)(1)).

3.     On February 5, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code and an amended version of a Chapter 13 Plan of was confirmed on

August 17, 2015.

4.    On April 1, 2015, Webster Bank, N.A., as servicer for the Connecticut Housing Finance Authority filed a Proof of Claim alleging a secured claim in the amount of $11,208.22.

5.    The Chapter 13 Plan provided that the debtor would keep current all future payments to said Mortgagee.

6.    The Debtor has failed to maintain current monthly payments to the Mortgagee as required by 11 U.S.C. Section 1322(b) and is delinquent for the post-petition monthly mortgage payment of $281.09 for the months May, 2016 through and including August, 2016 as set forth in the attached Affidavit re: Motion for Relief from Stay.   A copy of which is attached hereto as Exhibit B

7.    As a result of such failure, the value of said Mortgagee's security is depreciating, and it does not have adequate protection for its interest in said real estate.

8.    The value of the full title to said premises is approximately $40,000.00 in accordance with the schedules filed by the debtor herein.   A copy of which is attached hereto as Exhibit C.

9.    If said Mortgagee is not permitted to foreclose its mortgage upon said real estate in State Court proceedings, it will suffer irreparable harm, great loss and damage.

WHEREFORE, said Mortgagee respectfully moves:

1.    That the stay imposed by the Bankruptcy Code Section 362 be terminated to allow it to proceed with an action in State Court to foreclose its security interest in said real estate;

2.  That it be provided adequate protection for its interest in said real estate pursuant to Bankruptcy Code Sections 361, 362, and 363;

3.  That this Court grant such other and further relief as is proper.


CONNECTICUT HOUSING FINANCE
AUTHORITY


BY___/s/ John P. Fahey_____
    John P. Fahey
    The Witherspoon Law Offices
    790 Farmington Avenue
    Farmington, CT    06032
    (860) 676-9988
    Federal Bar No.   ct07126
    Its Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: MYRA E. MCCOWN                   :   11 U.S.C. CHAPTER 13
           Debtor

CONNECTICUT HOUSING FINANCE AUTHORITY     :   CASE NO.: 15-30145 (amn)
           Movant
VS

MYRA E. MCCOWN                         :
           Respondent

MOLLY T, WHITON, TRUSTEE
           Respondent

ORDER GRANTING MOTION RELIEF FROM STAY

       Connecticut Housing Finance Authority (the "Movant") filed a Motion for Relief from Stay (the "Motion"), E.C.F No.     . After notice and a hearing, *see* Bankruptcy Code Section 102 (1), and in compliance with the Court's Contested Matter Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

       **ORDERED** that the automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1)and(2) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property known as **149 Canton Street, Unit 15, West Haven, CT 06510,** in accordance with applicable non-bankruptcy law.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE: MYRA E. MCCOWN               :   11 U.S.C. CHAPTER 13
      Debtor

CONNECTICUT HOUSING FINANCE AUTHORITY   :   CASE NO.: 15-30145 (amn)
      Movant

VS

MYRA E. MCOWN                  :   SEPTEMBER 19, 2016
      Respondent

MOLLY T. WHITON, TRUSTEE
      Respondent

### NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

Connecticut Housing Finance Authority (the "Movant") has filed Motion for Relief from Stay (the "Contested Matter") with the U.S. Bankruptcy Court.   Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than   October 3, 2016,*in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014.   In the absence of a timely filed response, the proposed order in the Contested Matter **may** enter without further notice and hearing, *see,* 11 U.S.C. section 102 (1).


Dated: September 19, 2016

Connecticut Housing Finance Authority


BY____/s/ John P. Fahey_____
     John P. Fahey
     The Witherspoon Law Offices
     790 Farmington Avenue
     Farmington, CT   06032
     (860) 676-9988
     Federal Bar No.   ct07126
     Its Attorney


*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: MYRA E. MCCOWN                          :   11 U.S.C. CHAPTER 13
          Debtor


CONNECTICUT HOUSING FINANCE AUTHORITY          :   CASE NO.: 15-30145 (amn)
              Movant
VS

MYRA E. MCCOWN                                 :   SEPTEMBER 19, 2016
              Respondent

MOLLY T, WHITON, TRUSTEE
              Respondent

<u>CERTIFICATION OF SERVICE</u>

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 19th day of September, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing systems or, by first class mail on the parties listed below:

      1. **<u>Documents Served</u>**:

(1)   a copy of the Motion for Relief from Stay   (the "contested matter") and

(2)   a copy of the proposed order, and

(3)   NOTICE OF CONTESTED MATTER RESPONSE DEADLINE upon the following:

      2. **<u>Parties Served Via First Class Mail</u>:**

Myra E. McCown ( Debtor)
149 Canton Street, Unit 15
West Haven, CT 06510

Connecticut Housing Finance Authority


BY_____/s/ John P. Fahey_____
John P. Fahey
The Witherspoon Law Offices
790 Farmington Avenue
Farmington, CT   06032
(860) 676-9988
Federal Bar No.   ct07126
Its Attorney