# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | ) CHAPER 13 |
| MYRA E. McCOWN<br>    DEBTOR | |
| CONNECTICUT HOUSING FINANCE AUTHORITY<br>    MOVANT | ) CASE NO.: 15-30145 |
| VS. | |
| MYRA E. McCOWN<br>    DEBTOR | ) SEPTEMBER 26, 2016 |
| MOLLY T. WHITON, TRUSTEE<br>    RESPONDENTS | |

### DEBTOR'S OBJECTION TO MOVANT'S SECOND AMENDED MOTION FOR RELIEF FROM STAY

The Debtor, Myra E. McCown through her counsel, Francis E. Lamboley responds to the Movant's Second Amended Motion for Relief from Stay as follows:

1. The Debtor objects to the Movant's Motion for Relief from Stay for the following reason: according to her records she has made all of her mortgage payments since filing her Chapter 13 petition and plan.

The Movant's request for Relief from Stay should be denied.

                                    Myra E. McCown

                                    by____/s/_____
                                    Francis E. Lamboley, Esq.
                                    Lamboley Law Firm, LLC
                                    One Evergreen Ave., Suite 20
                                    Hamden, CT  06518
                                    Phone (203) 287-8042
                                    Fax (203) 287-9742
                                    franlamboley@comcast.net