UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: MYRA E. MCCOWN     : 11 U.S.C. CHAPTER 13
    Debtor

CONNECTICUT HOUSING FINANCE AUTHORITY
                                     : CASE NO.: 15-30145 (amn)
    Movant
VS

MYRA E. MCCOWN     : November 3, 2016
    Respondent

MOLLY T. WHITON, TRUSTEE
    Respondent

STIPULATED ORDER RE: MOTION FOR RELIEF FROM STAY

Upon the Motion for Relief from Stay filed by Connecticut Housing Finance Authority on September 19, 2016 known as Document I.D. No. 34 with respect to the Debtor's property at 149 Canton Street Unit 14, West Haven, CT 06516, it is hereby stipulated and agreed as follows:

1. That there is an alleged post-petition arrearage due the Movant in the total amount of $1,843.90.

2. The Debtor agrees to cure the arrearage by making the following payments:

    a. The Debtor will make regular monthly payments on or before the 1st day of November, 2016 and on or before the 1st day of each succeeding month. Such payments are contractually due on the 1st day of each month, but shall be deemed delinquent if not received by the Movant by the 15th day of any month.

    b. The Debtor will cure the arrearage by making a payment of $307.32 to the movant on or before November 15, 2016, and will make 5 monthly payments in the amount of $307.32 commencing on the 15th day of December, 2016 and continuing through and

including April 15, 2016.  Any such payment shall be deemed delinquent if not received by the Movant within 10 days when due.

      c.  The Debtor shall continue to make regular monthly payment in a timely fashion for the remainder of the plan.

3.  If the Debtor fails to make any payment referenced in paragraph 2 by the date called for in this agreement, or if any payment made is returned for insufficient funds, then the Movant's attorney may file with the Court an affidavit setting out the default, service certified to the Debtor, the Debtor's Attorney, the Trustee, and the U.S. Trustee.  Any such affidavit will also be faxed to the Debtor's Attorney.  If no affidavit in opposition is filed within seven days following the filing of the affidavit of default, the court may enter an order granting the movant relief from stay.  If an affidavit in opposition to the affidavit of default is filed within seven days the court will hold a hearing to determine whether the court shall grant the Movant relief from stay to proceed in the Superior Court with an action to foreclose its security interest in the Debtor's real estate 149 Canton Street Unit 14, West Haven, CT 06516.  Any such hearing shall be limited in scope to the Debtor's compliance with the terms of the stipulation.

4.  It is understood that nothing herein alters the Debtor's obligation to make all payments to the Trustee, required by the terms of the confirmed Chapter 13 plan.

5.  The regular monthly payment set out herein may fluctuate based on adjustments to escrow or any other reason permitted by the terms of the loan documents and applicable law.

6.  The dates for payment set out in this stipulation incorporate all applicable grace periods and no further grace periods are applicable.

| Debtors | Movant |
|---|---|
| Myra E. Mccown | Connecticut Housing Finance Authority |

By   /s/ Francis E. Lamboley           By /s/ John P. Fahey
   Francis E. Lamboley                  John P. Fahey, Esq.
   Lamboley Law Firm                    The Witherspoon Law Offices
   Hamden, CT 06518                     790 Farmington Avenue
   203 287-8042                         Farmington, CT 06032
                                           (860) 676-9988


By    /s/ Myra E. McCown
   Myra E. Mccown


NO OBJECTION:


_____/s/ Patrick Crook_____
Patrick Crook, Esq.
Staff Attorney
Chapter 13 Trustee


                                                                    _____
                                                                    United States Bankruptcy Judge


UNITED STATES BANKRUPTCY COURT

<u>DISTRICT OF CONNECTICUT</u>

| | |
|---|---|
| IN RE: MYRA E. MCCOWN | : 11 U.S.C. CHAPTER 13 |
|     Debtor | |
| | |
| CONNECTICUT HOUSING FINANCE AUTHORITY | |
| | : CASE NO.: 15-30145 (amn) |
|     Movant | |
| VS | |
| | |
| MYRA E. MCCOWN | : November 3, 2016 |
|     Respondent | |
| | |
| MOLLY T. WHITON, TRUSTEE | |
|     Respondent | |

### CERTIFICATION

The undersigned hereby certifies that on the 3rd day of November, 2016, in accordance with Rules 7004(a), 7005 and 9014 F.R. Bankr.P., I served (1) a copy of the Stipulated Order Re: Motion for Relief from Stay upon the following:

**Electronically mailed to the following:**

Francis E. Lamboley, Esq. (Debtor's Counsel)
Lamboley Law Firm
1 Evergreen Avenue, Suite 20
Hamden, CT 06518

Molly T. Whiton (Trustee)
10 Columbus Boulevard
Hartford, CT 06106

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Certified Regular mail to the following:**

Myra E. McCown (Debtor)
149 Canton Street
Unit 15
West Haven, CT 06516


CONNECTICUT HOUSING FINANCE AUTHORITY


BY   /s/John P. Fahey
     John P. Fahey
     The Witherspoon Law Offices
     790 Farmington Avenue
     Farmington, CT 06032
     (860) 676-9988
     Federal Bar No. ct07126
     Its Attorney